UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY R. LeBLANC,

       Plaintiff,                  Case No. 1:15-cv-170

v.                                     Honorable Paul L. Maloney

JEROME W. ZIMMER, Jr.,

       Defendant.
_____/

### ORDER DENYING LEAVE
### TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $400.00 filing fee.

Dated:  March 3, 2015               /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge