UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY R. LeBLANC,

       Plaintiff,                 Case No. 1:15-cv-170

v.                                     Honorable Paul L. Maloney

JEROME W. ZIMMER, JR.,

       Defendant.
_____/

**JUDGMENT**

    In accordance with the Order issued this date,

    **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  April 27, 2015            /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge