UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JEFFREY R. LeBLANC,

        Plaintiff,                    Case No. 1:15-cv-170

v.                                        Honorable Paul L. Maloney

JEROME W. ZIMMER, Jr.,

        Defendant.
_____/

## ORDER DENYING LEAVE TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

       This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On March 3, 2015, the Court entered an opinion and order (docket ##3, 4) denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff was ordered to pay the full civil action filing fee within 28 days. Plaintiff failed to pay the filing fee in the required time period, and the Court dismissed the action on April 27, 2015 (docket ##6, 7). In the dismissal, the Court warned Plaintiff that should he file a notice of appeal, he would be required to pay the $505.00 filing fee in a lump sum, because he is prohibited from proceeding *in forma pauperis* on appeal by § 1915(g).

       Plaintiff has filed a notice of appeal, but he has failed to submit the $505.00 filing fee for an appeal. As outlined in the Court's opinion and order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $505.00,

to the Clerk of this Court. Plaintiff's failure to comply with this order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.


Dated:  May 11, 2015                               /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**